IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CULINARY SERVICES OF DELAWARE VALLEY, INC.** and **MARTIN CAPLAN,** : : : | |
| Plaintiffs, : | **CIVIL ACTION** |
| v. : : | **NO. 09-1251** |
| **BOROUGH OF YARDLEY, PENNSYLVANIA, ET AL.** : : : | |
| Defendants. : | |

## ORDER

**AND NOW**, this ___ of August, 2009, upon consideration of Defendants' Motions to Dismiss (Docs. 14 and 15), and Plaintiffs' Response thereto (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motions are **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**